IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARUN MOHANAN et al : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 22-2956 |
| LIBERTY MUTUAL PERSONAL INSURANCE : | |
| COMPANY : | |

**O R D E R**

**AND NOW**, this 20th day of November, 2023, upon consideration of the Defendants' Motion to Dismiss and/or Strike Counts II, III, and IV of the Amended Complaint (ECF No. 9), and Plaintiff's response thereto, it is **ORDERED** that the Motion is **GRANTED** as follows:

1. Count II and Count IV of Plaintiffs' Amended Complaint are **DISMISSED** *without prejudice*;

2. Count III is **DISMISSED** *with prejudice*;

3. References to Defendant's alleged heightened duty are **STRICKEN**;

4. References to treble damages and attorneys' fees are **STRICKEN** from Count I;

5. References to treble damages, punitive damages, and attorneys' fees are **STRICKEN** from Count III;

6. References to treble damages and consequential damages are **STRICKEN** from Count IV.

**IT IS SO ORDERED.**

BY THE COURT:

 /s/ R. Barclay Surrick
**R. BARCLAY SURRICK, J.**